Norma Rodriguez
Rodriguez & Associates, P.S.
Attorneys at Law
7502 West Deschutes Place
Kennewick, Washington 99336
Co-Counsel for Plaintiff's

Honorable Edward F. Shea

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| EVITA MENDOZA, et al., | NO. CV-09-3107-EFS |
| Plaintiffs, | ORDER |
| v. | |
| TRAVIS SHEPHARD, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that all remaining counts alleged in Plaintiffs' November 10, 2009, Amended Complaint for Damages are hereby dismissed pursuant to FRCP 41(a)(1)(ii) and the Stipulation of all remaining parties that appeared and answered the Amended Complaint for Damages.

IT IS FURTHER ORDERED that pursuant to dismissal of all remaining counts of Plaintiff's Amended Complaint for Damages filed on November 10, 2009, the causes of action against Defendant's Travis Shephard; Anthony Russell; Scott Ames; Rick Abarca; David Palacios; David Charvet; Mark Ware; Robert Perales; Raul Almeida; Ed Radder; Phil Schenck; The City of Grandview, Washington; The City of Mabton, Washington; and the City of Sunnyside, Washington; are dismissed as well.

CV-09-3107-EFS
ORDER [PROPOSED]
Page 1 of 3

RODRIGUEZ & ASSOCIATES, P.S.
Attorneys at Law
7502 West Deschutes Place
Kennewick, Washington 99336
P: (509) 783-5551 | F: (509) 736-1151 Fax

IT IS FURTHER ORDERED that according to the parties' stipulation, none of the parties are awarded costs as a result of the dismissals.

IT IS FURTHER ORDERED that the causes of action are dismissed WITH prejudice.

This file shall be CLOSED.

DATED this  11th  day of  February , 20 11 .

s/ Edward F. Shea
United States District Judge

Presented by:

RODRIGUEZ & ASSOCIATES, P.S.
s/ Norma Rodriguez
WSBA #22398
Co-Counsel for Plaintiffs Evita Mendoza, Abraham Arroyo, and Christian Jimenez
7502 West Deschutes Place
Kennewick, Washington 99336
Telephone: (509) 783-5551
Fax: (509) 736-1151
Email: Norma@rodriguezlawwa.com

CV-09-3107-EFS
ORDER [PROPOSED]
Page 2 of 3

RODRIGUEZ & ASSOCIATES, P.S.
Attorneys at Law
7502 West Deschutes Place
Kennewick, Washington 99336
P: (509) 783-5551 | F: (509) 736-1151 Fax